IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-02518-MSK-CBS

W. JAMES MAC NAUGHTON,

    Plaintiff,

v.

KIGER TELEPHONE AND TELEPHONY, L.L.C., and
ROBERT S. KIGER,

    Defendants.

_____

**OPINION AND ORDER DENYING UNOPPOSED MOTION FOR ENTRY OF STAY AND REFERRING RESPONSE TO ORDER TO SHOW CAUSE**
_____

**THIS MATTER** comes before the Court pursuant to the Plaintiff's *pro se* Unopposed Motion for The Entry of Stay and Stipulated Settlement Order and Response to Order to Show Cause **(# 7)**.

Mindful of the Plaintiff's *pro se* status, the Court construes his pleadings liberally, but such liberal construction does not relieve the Plaintiff of the obligation to comply with all procedural rules of the Court. *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir.1991).

In part, the "Unopposed Motion [etc.]" is a response to an Order to Show Cause **(# 6)**, issued by Magistrate Judge Shaffer. To that extent, the "Unopposed Motion [etc.]" **(# 7)** is **REFERRED** to Magistrate Judge Shaffer for consideration with regard to his Order to Show Cause.

To the extent that the "Unopposed Motion [etc.]" requests a stay of the case pending completion of the parties' settlement obligations, the Court notes that although the caption indicates that the motion is unopposed, no certification pursuant to D.C. Colo. L. Civ. R. 7.1(A) appears in the motion. Accordingly, to that extent, the "Unopposed Motion [etc.]" **(# 7)** is **DENIED** without prejudice.[1]

Dated this 30th day of April, 2007

**BY THE COURT:**

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge

---

[1] The Court notes that the parties are requesting that the Court stay this action pending full compliance of the Defendants with a settlement agreement that calls for periodic payments over a 82 month period. For a variety of reasons, it is not the general practice of this Court to leave a case dormant on the docket subject to a stay anticipated to last for a period of nearly 7 years. Given that the parties represent that they have reached a settlement, the Court will either entertain a motion for entry of an appropriate consent order, or a stipulation or motion to dismiss this action pursuant to the new contractually-enforceable obligations assumed by the parties under the terms of their settlement.