IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02518-MSK-CBS

W. JAMES MACNAUGHTON,
        Plaintiff,
v.

KIGER TELEPHONE AND TELEPHONY, L.L.C., and
ROBERT S. KIGER,
        Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

        This civil action comes before the court on District Judge Krieger's "Opinion and

Order Denying Unopposed Motion for Entry of Stay and Referring Response to Order

to Show Cause" (filed April 30, 2007) (doc. # 9).  In light of Mr. MacNaughton's

"Unopposed Motion for Entry of Stay and Stipulated Settlement Order and Response to

Order to Show Cause" (filed April 27, 2007) (doc. # 7),

        IT IS ORDERED that:

        1.      The court's Order to Show Cause (doc. # 6) is hereby DISCHARGED.

        2.      Another Scheduling Conference shall be set **on Wednesday June 6,**

**2007 at 10:45 a.m.** by a separate Order.

        3.      The court will vacate the June 6, 2007 Scheduling Conference if the

parties submit to District Judge Krieger **on or before June 1, 2007** either "a motion for

entry of an appropriate consent order, or a stipulation or motion to dismiss this action

pursuant to the new contractually-enforceable obligations assumed by the parties under the terms of their settlement." (*See* District Judge Krieger's "Opinion and Order . . ." (doc. # 9) at p. 2 n. 1).

DATED at Denver, Colorado, this 2nd day of May, 2007.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge